■ William R. Springborn, Respondent, v. George Gottler, Defendant, and Donald A. Staerker, Appellant.— Judgment unanimously affirmed, with costs. (Appeal by defendant Staerker from judgment of Erie Trial Term for

plaintiff against said defendant, in an automobile negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.